UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN FLYNN,
    Plaintiff,

v.      No. 5:18-cv-05282

EKIDZCARE, INC. and
EPEOPLE HEALTHCARE, INC.,
    Defendants

# O R D E R

**AND NOW**, this 9th day of August, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

Defendants' Motion to Dismiss or Transfer, ECF No. 5, is **DENIED in part** and **GRANTED in part** as follows:

1. The motion to dismiss the case is denied.

2. The motion to transfer the case to the United States District Court for the Western District of Pennsylvania is denied.

3. The motion to dismiss the request for punitive damages in the ADA claim is denied without prejudice.

4. The motion to dismiss the request for punitive damages in the PHRA claim is granted.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge