UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN FLYNN, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 5:18-cv-05282 |
| : | |
| EKIDZCARE, INC. and : | |
| EPEOPLE HEALTHCARE, INC., : | |
|     Defendants : | |

**O R D E R**

**AND NOW**, this 29th day of October, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

    1.    Defendants' Motion to Dismiss, ECF No. 14, is **GRANTED**.

    2.    The Complaint, ECF No. 1, is **DISMISSED without prejudice**.

    3.    Plaintiff may file an amended complaint consistent with the Opinion **no later than November 15, 2019**.

                             BY THE COURT:


                             */s/ Joseph F. Leeson, Jr.*_____
                             JOSEPH F. LEESON, JR.
                             United States District Judge